IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BABB REAL ESTATE LLC,

                Plaintiff,                              ORDER

v.

                                                    10-cv-119-wmc

SHELAINE BENNETT and
JAMES OLSTAD,

                Defendants.

---

        Amy F. Scholl and Coyne, Schultz, Becker & Bauer, S.C. have filed a motion for leave to withdraw as counsel for defendant Shelaine Bennett in this matter. Dkt. #57. Before granting the motion, defendant will be given an opportunity to raise any objections to it and the grounds for her objections.

        Therefore, the court will grant defendant seven (7) days to advise the court of any objection she may have to the withdrawal of counsel and the grounds for objecting. Alternatively, she should promptly advise if she does not object and intends to represent herself, has engaged new counsel or is in the process of doing so. If defendant does not object by September 7, 2011, an order will be entered granting the motion to withdraw.

        Entered this 31st day of August, 2011.

                                                          BY THE COURT:

                                                          /s/

                                                      _____
                                                      WILLIAM M. CONLEY
                                                      District Judge